UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Acquisition 362, LLC dba<br>Strategic Import Supply,<br><br>    Plaintiff,<br><br>v.<br><br>United States,<br><br>    Defendant. | Court No. 1:20-cv-03762<br>Honorable Stephen Alexander Vaden |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Acquisition 362, LLC appeals to the United States Court of Appeals for the Federal Circuit from the Opinion and Order of the United States Court of International Trade entered in this action, *Acquisition 362, LLC dba Strategic Import Supply v. United States,* on September 20, 2021 (Slip Op. No. 21-120) (ECF Dkt. 35).  This Notice is filed in accordance with 28 USC §2645(c) and 28 U.S.C. §2107(b).

              Respectfully submitted,

Dated:  November 11, 2021   COZEN O'CONNOR

              By:  /s/ Heather L. Marx                                  .
                 Thomas G. Wallrich
                 Heather L. Marx
                 33 South Sixth Street, Suite 3800
                 Minneapolis, MN 55402
                 Telephone:  612-260-9000
                 Fax:  612-260-9084
                 twallrich@cozen.com
                 hmarx@cozen.com

              ATTORNEYS FOR PLAINTIFF ACQUISITION 362,
              LLC DBA STRATEGIC IMPORT SUPPLY