# United States Court of Appeals for the Federal Circuit

---

**ACQUISITION 362, LLC, DBA STRATEGIC IMPORT SUPPLY,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2022-1161

---

Appeal from the United States Court of International Trade in No. 1:20-cv-03762-SAV, Judge Stephen A. Vaden.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered February 6, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellee United States in the amount of $25.92 and taxed against the appellant.

FOR THE COURT

March 30, 2023　　　　/s/ Peter R. Marksteiner
　　Date　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　Clerk of Court